UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

SAMARA ODELIA BOWEN,

      Plaintiff,
v.

RODRIGUEZ & PERRY, P.A.,
MONICA FELDER RODRIGUEZ,
PAMELA I. PERRY,

      Defendants.
_____/

**COMPLAINT**
*{Jury Trial Demanded}*

Plaintiff, SAMARA ODELIA BOWEN, brings this action against Defendants, RODRIGUEZ & PERRY, P.A., MONICA FELDER RODRIGUEZ and PAMELA I. PERRY, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and alleges as follows:

1. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2. At all times material hereto, Plaintiff SAMARA ODELIA BOWEN was a resident of the State of Florida and an "employee" of Defendants as defined by the FLSA.

3. At all times material hereto, Plaintiff engaged in interstate commerce on a regular and recurring basis within the meaning of the FLSA through communication via phone, fax and e-mail.

4. At all times material hereto, Defendant, RODRIGUEZ & PERRY, P.A., was a Florida corporation with its principal place of business in South Florida, engaged in commerce operating a law firm, at all times material hereto was the "employer" of Plaintiff as that term is defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

1

5. Defendant, MONICA FELDER RODRIGUEZ, is a resident of Broward County, Florida and was, and now is, the managing agent, director and/or owner of Defendant, RODRIGUEZ & PERRY, P.A.; said Defendant acted and acts directly in the interests of Defendant, RODRIGUEZ & PERRY, P.A., in relation to said co-Defendant's employees. Defendant effectively dominates RODRIGUEZ & PERRY, P.A. administratively or otherwise acts, or has the power to act, on behalf of the corporation relative to its employees and had the authority to direct and control the work of others. Thus, MONICA FELDER RODRIGUEZ was and is an "employer" of Plaintiff within the meaning of 29 U.S.C. §203(d).

6. Defendant, PAMELA I. PERRY, is a resident of Miami-Dade County, Florida and was, and now is, the managing agent, director and/or owner of Defendant, RODRIGUEZ & PERRY, P.A.; said Defendant acted and acts directly in the interests of Defendant, RODRIGUEZ & PERRY, P.A., in relation to said co-Defendant's employees. Defendant effectively dominates RODRIGUEZ & PERRY, P.A. administratively or otherwise acts, or has the power to act, on behalf of the corporation relative to its employees and had the authority to direct and control the work of others. Thus, MONICA FELDER RODRIGUEZ was and is an "employer" of Plaintiff within the meaning of 29 U.S.C. §203(d).

7. Plaintiff accepted employment and worked for Defendants as a legal assistant.

8. Defendants intentionally refused to pay Plaintiff her full and proper minimum wages for all hours worked during her employment.

9. Plaintiff has attached a Statement of Claim as <u>Exhibit A</u> to provide initial estimates of the damages. These amounts may change as Plaintiff engages in the discovery process.

10. Defendants have knowingly and willfully refused to pay Plaintiff her legally-entitled wages.

11.     Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

12.     Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

## COUNT I
## <u>VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")</u>
## <u>ALL DEFENDANTS</u>

13.     Plaintiff realleges and incorporates the allegations set forth in paragraphs 1-12 above as if set forth herein in full.

14.     Plaintiff alleges this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) unpaid minimum wages and (ii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

15.     Plaintiff seeks recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:    (786) 358-6071
Email: ekoz@kozlawfirm.com

_____
Elliot Kozolchyk, Esquire
Bar No.: 74791