**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:** 16-cv-61826-Lendard/Goodman

SAMARA ODELIA BOWEN,

       Plaintiff,

v.

RODRIGUEZ & PERRY, P.A.,
MONICA FELDER RODRIGUEZ,
PAMELA I. PERRY,

       Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to the Rule 41(a)(1)(A)(i), Fed.R.Civ.P., Plaintiff Samara Bowen voluntarily

dismisses her case without prejudice.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:   (786) 358-6071
Email:  ekoz@kozlawfirm.com

_____
Elliot Kozolchyk, Esq.
Bar No.: 74791

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on September 1, 2016 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

Elliot Kozolchyk, Esq.

## SERVICE LIST

Rodriguez & Perry, P.A.
Registered Agent: Monica Felder Rodriguez
7301 Wiles Road, Suite 107
Coral Springs, FL 33067
E-mail: monica@rplawfirm.com

Monica Felder Rodriguez
6963 NW 66th Ave
Parkland, FL 33067
E-mail: monica@rplawfirm.com

Pamela I. Perry
7277 SW 53rd Ct
Miami, FL 33143
E-mail: pam@rplawfirm.com